# UNITED STATES BANKRUPTCY COURT
## FOR THE Western District of Michigan

In re: **Kimberly Lynn Myers**
**Jordan Christopher Myers**  ,
Debtor(s).
                                                                             /

Case No. 20-02783
Chapter 13
Hon. John T. Gregg
Filed: **08/27/20**

## SECOND PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN

### II. FUNDING

**A. PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $ **1,785.00** per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☒ month for the minimum of the ACP, subject to changes as set forth in paragraph II.B or II.C, below, or until further order of the Court.

### III. DISBURSEMENTS

**F. UNSECURED CREDITORS.**

**General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes. The allowed claims of general unsecured creditors will be satisfied by:

☒ Payment of a dividend of 100%, plus present value of _____% interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

☐ Payment of a pro-rata share of a fixed amount of $_____ or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more. This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a). However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.2

THIS PLAN REMAINS UNCHANGED IN ALL RESPECTS
NOT IN CONFLICT WITH THESE AMENDMENTS

Date: 11/11/20           /s/
                         **Kimberly Lynn Myers**          , Debtor

Date: 11/11/20           /s/
                         **Jordan Christopher Myers**    , Debtor

Date: 11/11/20           /s/
                         **Jeffrey D. Mapes P70509**     , Counsel for the Debtor(s)